Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/3/06*

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. C 06-1632 RMW PVT |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MELIS EYVAZNEZHAD and SHAMIRAN EYVAZPOUR, individually and  d/b/a MOUNTAIN MIKE'S PIZZA |
| vs. | |
| Melis Eyvaznezhad, et al. | |
| Defendants. | AND ORDER |

    **IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND
PROMOTIONS, INC. and Defendants MELIS EYVAZNEZHAD and SHAMIRAN
EYVAZPOUR, individually and d/b/a MOUNTAIN MIKE'S PIZZA, that the above-
entitled action is hereby dismissed **without prejudice** against MELIS
EYVAZNEZHAD and SHAMIRAN EYVAZPOUR individually and d/b/a
MOUNTAIN MIKE'S PIZZA, subject to the Court's jurisdiction to enforce the
settlement agreement reached between the Parties.

///

///

1

2    **IT IS FURTHER STIPULATED** that provided no Party referenced above has

3    filed a motion to reopen this action by September 1, 2006, this Court shall *not* have

4    jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with**

5    **prejudice**.

6        This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

7    Each Party referenced-above shall bear its own attorneys' fees and costs.

8

9

10

11   Dated: July 20, 2006

12                                    _____
                                      LAW OFFICES OF THOMAS P. RILEY, P.C.
13                                    By:  Thomas P. Riley
                                      Attorneys for Plaintiff
14                                    JOE HAND PROMOTIONS, INC.

15

16

17

18   Dated:                          PLEASE SEE ATTACHED
                                      _____
19                                    **DHALIWAL & ROUHANI**
                                      By: Michael J. Rouhani, Esquire
20                                    Attorneys for Defendants MELIS EYVAZNEZHAD
                                      and SHAMIRAN EYVAZPOUR,
21                                    individually and d/b/a MOUNTAIN MIKE'S PIZZA,

22

23   **IT IS SO ORDERED**:

24

25
                                      Dated:_____
26   _____
     **The Honorable Ronald M. Whyte**
27   **United States District Court**
     **Northern District of California**
28

**STIPULATION OF DISMISSAL**
**CV 056-1632 RMW PVT**
**PAGE 2**

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 1, 2006, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 20, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:   7/24/06

DHALIWAL & ROUHANI
By: Michael J. Rouhani, Esquire
Attorneys for Defendants MELIS EYVAZNEZHAD
and SHAMIRAN EYVAZPOUR,
individually and d/b/a MOUNTAIN MIKE'S PIZZA,

**IT IS SO ORDERED:**

/S/ RONALD M. WHYTE                        Dated:   8/2/06

**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 20, 2006, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MELIS EYVAZNEZHAD and SHAMIRAN EYVAZPOUR, individually and d/b/a MOUNTAIN MIKE'S PIZZA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Michale J. Rouhani, Esquire          Attorneys for Defendants
Dhaliwal & Rouhani
2005 De La Cruz Blvd., Suite 185
Santa Clara, CA 95050

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 20, 2006, at South Pasadena, California.

Dated: July 20, 2006                    _____
                                        INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 056-1632 RMW PVT
PAGE 3